IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THOMAS ADAMS                                                                                    PETITIONER
ADC # 97152

vs.                          Case No. 5:07-CV-00006 SWW-HLJ

LARRY NORRIS, Director
Arkansas Department of Correction                                                      RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 15th day of September, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE